UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES M. PORCHE,

    Plaintiff,

    v.

TENNESSEE VALLEY TOWING,

    Defendant.

Case No. 05-cv-4055-JPG

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** Plaintiff having failed to effect service upon the defendant or otherwise prosecute this action,

**IT IS HEREBY ORDERED AND ADJUDGED** that all plaintiff James M. Porche's claims in this action against Tennessee Valley Towing are **DISMISSED WITHOUT PREJUDICE.**

DATED: November 29, 2006.

                                            NORBERT G. JAWORSKI, CLERK

                                            By:s/Deborah Agans, Deputy Clerk

APPROVED:  s/ J. Phil Gilbert
                   J. PHIL GILBERT
                   U.S. District Judge